| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) <br> United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549) <br> Chief, Criminal Division |
| 4 | DEREK R. OWENS (CASBN 230237) <br> Special Assistant United States Attorney |
| 5 | |
| 6 | KEVIN OSBORNE <br> Law Clerk |
| 7 | 450 Golden Gate Avenue, 11th Floor <br> San Francisco, California 94102 |
| 8 | Telephone: (415) 436-6488 <br> Fax: (415) 436-7234 |
| 9 | E-mail: Derek.Owens@usdoj.gov |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0196 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| JOHN D. CRUIKSHANK | ) | |
| | ) | |
| Defendant. | ) | |

On April 6, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 6, 2007 to April 20, 2007 for effective preparation of counsel, in that defense counsel required adequate time to supply the United States with information that may impact the outcome of the case and that the United States required adequate time to evaluate the information. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18 U.S.C. §

Stipulation and [Proposed] Order

1  3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
2  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
3  18 U.S.C. § 3161(h)(8)(A).
4  SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED: April 10, 2007          /s/ Derek R. Owens
                               DEREK R. OWENS
                               Special Assistant United States Attorney

DATED: April 12, 2007          /s/ Steven Koeninger
                               STEVEN KOENINGER
                               Attorney for Defendant

As the Court found on April 10, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 10, 2007 to April 20, 2007 for effective preparation of defense counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.
DATED: 4/16/07

EDWARD M. CHEN
United States Magistrate Judge

Stipulation and [Proposed] Order